| | |
|---|---|
| Michael F. Heafey (SBN: 153499)<br>mheafey@heafey-law.com<br>The Law Offices of Michael F. Heafey<br>1325 Howard Street, No. 160<br>Burlingame, California 94010<br>Telephone: (650) 346-4161<br><br>TURNER BOYD LLP<br>Robert Kent (SBN: 250905)<br>kent@turnerboyd.com<br>Zhuanjia Gu (SBN: 244863)<br>gu@turnerboyd.com<br>155 Bovet Road, Suite 750<br>San Mateo, California 94402<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br><br>*(additional counsel listed on signature page)*<br><br>*Attorneys for Plaintiff Advanced Silicon Group Technologies, LLC* | Michael J. Bettinger (SBN 122196)<br>mbettinger@sidley.com<br>Curt Holbreich (SBN 168053)<br>cholbreich@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br>Phone: (415) 772-1200<br>Fax: (415) 772-7400<br><br>Samuel N. Tiu (SBN 216291)<br>stiu@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br><br>*Attorneys for Defendants Canadian Solar Inc.; Canadian Solar International Limited; Canadian Solar Solutions, Inc.; Canadian Solar (USA) Inc.; Canadian Solar Construction (USA) LLC; Canadian Solar Manufacturing (Luoyang) Inc.; Canadian Solar Manufacturing (Changshu) Co. LTD; Canadian Solar Manufacturing (Thailand) Co. LTD; Canadian Solar Manufacturing Vietnam Co. LTD; Recurrent Energy Group, Inc.; Recurrent Energy, LLC; and Recurrent Energy SH Proco LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADVANCED SILICON GROUP TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>CANADIAN SOLAR, INC.; CANADIAN SOLAR INTERNATIONAL LIMITED; CANADIAN SOLAR SOLUTIONS, INC.; CANADIAN SOLAR (USA) INC.; CANADIAN SOLAR CONSTRUCTION (USA) LLC; CANADIAN SOLAR MANUFACTURING (LUOYANG) INC.; CANADIAN SOLAR MANUFACTURING (CHANGSHU) CO. LTD; CANADIAN SOLAR MANUFACTURING (THAILAND) CO. LTD; CANADIAN SOLAR MANUFACTURING VIETNAM CO. LTD; RECURRENT ENERGY GROUP, INC.; RECURRENT ENERGY LLC; and RECURRENT ENERGY PROCO LLC,<br><br>            Defendants. | Case No. 3:21-cv-04514-JSW<br><br>**JOINT STIPULATED SUBMISSION REGARDING STATUS OF THE CASE** |

Pursuant to this Court's order (Dkt. No. 42) requiring the parties to "file a joint submission within ten days of the conclusion of the ITC proceedings informing the Court of the status of the matter," Plaintiff Advanced Silicon Group Technologies, LLC ("ASGT" or "Plaintiff") and Defendants Canadian Solar Inc.; Canadian Solar International Limited; Canadian Solar Solutions, Inc.; Canadian Solar (USA) Inc.; Canadian Solar Construction (USA) LLC; Canadian Solar Manufacturing (Luoyang) Inc.; Canadian Solar Manufacturing (Changshu) Co. LTD; Canadian Solar Manufacturing (Thailand) Co. LTD; Canadian Solar Manufacturing Vietnam Co. LTD; Recurrent Energy Group, Inc.; Recurrent Energy, LLC; and Recurrent Energy SH Proco LLC (collectively, "Canadian Solar" or "Defendants") submit this Joint Stipulated Submission Regarding Status of the Case.

On February 27, 2023, the ITC issued a Notice of Commission Determination to Review in Part, and on Review, to Affirm a Final Initial Determination Finding No Violation ("Commission Determination"), which also terminated the action. The Commission Determination, *inter alia*, declined to review the Administrative Law Judge's ("ALJ") previous holding of no infringement by Canadian Solar, and did review and affirm the ALJ's previous holding that certain claims of certain asserted patents are invalid. The Commission also reviewed, and took no position on, additional issues from the ALJ's holding.

The Court has already issued an order staying this case "until the determination of the International Trade Commission Investigation No. 337-TA-1271, including any appeals, becomes final." (Dkt. No. 42.) ASGT's deadline to appeal the Commission Decision is April 28, 2023. *See* 19 U.S.C. § 1337(c). Accordingly, the parties respectfully submit that the current stay of the present litigation should remain in place in the interest of judicial efficiency and for all the other reasons originally recited in Defendants' motion to stay (Dkt. No. 39).

| | | |
|---|---|---|
| Dated: March 9, 2023 | By: | /s/ Robert J. Kent |

MICHAEL F. HEAFEY (SBN: 153499)
mheafey@heafey-law.com
The Law Offices of Michael F. Heafey
1325 Howard Street, No. 160 Burlingame,
California 94010 Telephone: (650) 346-4161

TURNER BOYD LLP
Robert Kent (SBN: 250905)
kent@turnerboyd.com
Zhuanjia Gu (SBN: 244863)
gu@turnerboyd.com
155 Bovet Road, Suite 750
San Mateo, California 94402
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Joseph Akrotirianakis (SBN: 197971)
jakro@kslaw.com
King & Spalding LLP
633 W. Fifth Street, Ste. 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

Jeffrey M. Telep (*admitted pro hac vice*)
jtelep@kslaw.com
Dara M. Kurlancheek (*admitted pro hac vice*)
dkurlancheek@kslaw.com
King & Spalding LLP
1700 Pennsylvania Ave. NW, 2nd Floor
Washington, DC 20006
Telephone: (202) 737-0500

*Attorneys for Plaintiff Advanced Silicon Group Technologies, LLC*

|   |   |   |
|---|---|---|
| Dated: March 9, 2023 | By: | */s/ Michael J. Bettinger* |

Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Curt Holbreich (SBN 168053)
cholbreich@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Phone: (415) 772-1200
Fax: (415) 772-7400

Samuel N. Tiu (SBN 216291)
stiu@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

*Attorneys for Defendants
Canadian Solar Inc.; Canadian Solar International Limited; Canadian Solar Solutions, Inc.; Canadian Solar (USA) Inc.; Canadian Solar Construction (USA) LLC; Canadian Solar Manufacturing (Luoyang) Inc.; Canadian Solar Manufacturing (Changshu) Co. LTD; Canadian Solar Manufacturing (Thailand) Co. LTD; Canadian Solar Manufacturing Vietnam Co. LTD; Recurrent Energy Group, Inc.; Recurrent Energy, LLC; and Recurrent Energy SH Proco LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Robert J. Kent, attest that concurrence in the filing of this JOINT STIPULATED SUBMISSION REGARDING STATUS OF THE CASE has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of March, at San Mateo, California.

                                                                    */s/ Robert J. Kent*
                                                                      Robert J. Kent